1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10  SHELLI SIMMONS (BURTON),

11              Plaintiff,

12       v.

13  CAROLYN W. COLVIN, Acting
    Commissioner of the Social Security
14  Administration,

15              Defendant.

CASE NO. 14-cv-05677 BHS JRC

REPORT AND RECOMMENDATION
ON STIPULATED MOTION FOR
REMAND

16

17       This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28

18  U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews,*

    *Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976).  This matter is before the Court on

19  defendant's stipulated motion to remand the matter to the administration for further consideration

20  (Dkt. 21).

21       After reviewing defendant's stipulated motion and the relevant record, the undersigned

22  recommends that the Court grant defendant's motion, and reverse and remand this matter to the

23  Acting Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

24

REPORT AND RECOMMENDATION ON
STIPULATED MOTION FOR REMAND - 1

1   On remand, based on the parties' stipulation, this Court recommends that the

2   Administrative Law Judge ("the ALJ") hold a new hearing and issue a new decision.  The ALJ

3   should:

4       (1)    allow plaintiff to submit additional evidence and arguments;

5       (2)    hold a *de novo* hearing and issue a new decision;

6       (3)    reevaluate the medical opinion evidence, particularly the opinions of Mark

7             Heilbrunn, M.D., and Margaret Sandler, A.R.N.P., in accordance with 20 C.F.R

8             §§ 404.1527, 416.927, explaining the weight given and providing legally

9             sufficient reasons for any medical opinion that is rejected;

10      (4)    reevaluate plaintiff's impairments at steps two and three of the sequential

11            evaluation process;

12      (5)    reassess plaintiff's residual functional capacity;

13      (6)    reevaluate plaintiff's ability to perform her past relevant work, making specific

14            findings, explaining and resolving any conflicts, and obtaining vocational expert

15            testimony as needed;

16      (7)    as necessary, reevaluate plaintiff's ability to perform other work at step five,

17            obtaining vocational expert testimony; and

18      (8)    take any other actions necessary to develop the record.

19      This case should be reversed and remanded on the above grounds, and the parties have

20  agreed that plaintiff is entitled to reasonable attorney's fees and expenses pursuant to 28 U.S.C. §

21  2412, and costs pursuant to 28 U.S.C. § 1920, following proper request to this Court.

22

23

24

REPORT AND RECOMMENDATION ON
STIPULATED MOTION FOR REMAND - 2

1    Given the facts and the parties' stipulation, the Court recommends that the District Judge

2  immediately approve this Report and Recommendation and order the case be **REVERSED** and

3  **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

4    Dated this 1st day of May, 2015.

5

6  _____

   J. Richard Creatura

7  United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

REPORT AND RECOMMENDATION ON
STIPULATED MOTION FOR REMAND - 3